| Case | Number | Status | Date | Citation |
|---|---|---|---|---|
| State v. Owens | 109,369 | Denied | 04/21/2016 | Unpublished |
| State v. Parker | 111,642 | Denied | 06/21/2016 | Unpublished |
| State v. Parker | 111,929 | Denied | 03/28/2016 | Unpublished |
| State v. Parry | 113,130 | Granted | 06/21/2016 | 51 Kan. App. 2d 928 |
| State v. Paulson | 108,795 | Denied | 04/21/2016 | Unpublished |
| State v. Perciado | 109,717 | Granted | 06/21/2016 | Unpublished |
| State v. Peters | 112,123 | Denied | 07/22/2016 | Unpublished |
| State v. Peterson | 111,693 | Denied | 03/28/2016 | Unpublished |
| State v. Porter | 111,723 | Denied | 03/28/2016 | Unpublished |
| State v. Potter | 112,946 | Denied | 03/31/2016 | Unpublished |
| State v. Pouncil | 111,845 | Denied | 03/28/2016 | Unpublished |
| State v. Price | 113,459 | Denied | 07/15/2016 | Unpublished |
| State v. Price | 112,405 | Denied | 03/31/2016 | Unpublished |
| State v. Ramirez | 109,808 | Denied | 04/21/2016 | 50 Kan. App. 2d 922 |
| State v. Ramsey | 111,163 | | | |
| | 111,164 | Denied | 07/22/2016 | Unpublished |
| State v. Rathbun | 111,941 | Denied | 06/21/2016 | Unpublished |
| State v. Recinos-Gonzalez | 111,921 | Denied | 03/28/2016 | Unpublished |
| State v. Reed | 111,663 | Denied | 03/28/2016 | Unpublished |
| State v. Reed | 110,766 | Denied | 04/21/2016 | 51 Kan. App. 2d 107 |
| State v. Reed | 108,823 | Denied | 03/28/2016 | Unpublished |
| State v. Reese | 110,021 | Granted | 06/21/2016 | Unpublished |
| State v. Reinhard | 112,879 | Denied | 04/21/2016 | Unpublished |
| State v. Reyna | 112,350 | Denied | 07/07/2016 | Unpublished |
| State v. Richardson | 107,786 | Granted | 06/21/2016 | Unpublished |
| State v. Rincon | 112,183 | Denied | 08/31/2016 | Unpublished |
| State v. Rios-Baltazar | 110,921 | Denied | 03/28/2016 | Unpublished |
| State v. Rivera | 111,857 | Denied | 06/21/2016 | Unpublished |
| State v. Robinson | 110,040 | Granted | 06/21/2016 | Unpublished |
| State v. Rocheleau | 110,243 | Granted | 06/21/2016 | Unpublished |
| State v. Roland | 109,624 | Denied | 04/21/2016 | Unpublished |
| State v. Russell | 112,932 | Denied | 07/22/2016 | Unpublished |
| State v. Saldana | 111,429 | Denied | 03/28/2016 | Unpublished |
| State v. Sanders | 111,738 | Denied | 06/21/2016 | Unpublished |
| State v. Sasser | 108,149 | Granted | 04/21/2016 | Unpublished |
| State v. Schewe | 110,490 | Denied | 04/21/2016 | Unpublished |
| State v. Scuderi | 107,114 | | | |
| | 107,115 | Granted | 06/21/2016 | Unpublished |
| State v. Seaman | 111,805 | Denied | 06/21/2016 | Unpublished |
| State v. Sellers | 110,235 | Denied | 06/21/2016 | Unpublished |
| State v. Shaffer | 112,172 | Denied | 07/07/2016 | Unpublished |
| State v. Sherman | 112,783 | Denied | 07/22/2016 | Unpublished |
| State v. Shirley | 112,398 | Denied | 03/31/2016 | Unpublished |
| State v. Shives | 108,773 | Denied | 08/31/2016 | Unpublished |
| State v. Simmons | 108,885 | Granted | 06/21/2016 | 50 Kan. App. 2d 448 |
| State v. Smith | 112,078 | Denied | 06/21/2016 | Unpublished |
| State v. Smith | 112,306 | Denied | 07/22/2016 | Unpublished |